**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRENE ODETTE HILL,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. CV 17-8788 SS<br><br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED: August 10, 2018

                                   /S/
                       SUZANNE H. SEGAL
                       UNITED STATES MAGISTRATE JUDGE